# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0287.  CHARLES MCKINLEY v. RODEARE MCKINLEY.**

We dismissed this application on April 10, 2024. Charles McKinley has filed a motion for reconsideration. We GRANT the motion for reconsideration and VACATE our previous order dismissing the application, which is hereby REINSTATED. Upon consideration of the merits of the application for discretionary appeal, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/22/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*